

**STEIN | SAKS, PLLC**

YITZCHAK ZELMAN ▲ ▪ *
JUDAH STEIN ▲ ▪
ELIYAHU BABAD ▲ ▪
RAPHAEL DEUTSCH ʌ
DAVID FORCE ▲ ▪
NAKICHA JOSEPH ▲
MARK ROZENBERG ▪
KENNETH WILLARD ▲ ▪

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2022

**MEMORANDUM ENDORSED**

▲ NJBar Admissions
ʌ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 21, 2022

**Via CM/ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York

     Re:    **Velazquez v. iHeartRaves, LLC**
               **Case #: 1:22-cv-05428-GHW**

Dear Judge Woods:

     We represent the plaintiff in the above matter, and write jointly with Defendant iHeartRaves, LLC (the Parties) to respectfully request that the initial conference currently scheduled for October 28, 2022, be adjourned.

     This is the first request to adjourn the initial conference, although the court had adjourned the conference from September 30 to October 28.

     The Parties are trying to coordinate a mediation session by the November 10 date due, but have not yet been able to do so.

     Per Your Honor's rules, the Parties propose rescheduling the initial conference for after December 9, so as to give us adequate time to coordinate a session with the Mediation Office.

     We thank Your Honor and the Court for its kind considerations and courtesies.

                                         Respectfully submitted,

                                         *s/ Mark Rozenberg*
                                         Mark Rozenberg, Esq.



cc:     All Counsel of Record via ECF

Application granted.  The initial pretrial conference previously scheduled for October 28, 2022, Dkt. No. 12, is hereby adjourned to December 16, 2022 at 4:00 p.m.  The joint status letter and proposed case management plan described in the Court's June 28, 2022 order are due no later than December 9, 2022.  The mediation described in the Court's June 28, 2022 order should take place at least two weeks prior to the initial pretrial conference.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

SO ORDERED.

Dated:  October 21, 2022  
New York, New York

GREGORY H. WOODS  
United States District Judge