大成 DENTONS

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2022

# MEMORANDUM ENDORSED

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

November 23, 2022

**VIA ECF**

The Honorable Gregory Woods
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Velazquez v. iHeartRaves, LLC,* Case No. 1:22-cv-05428-GHW

Dear Judge Woods:

We represent Defendant iHeartRaves, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from November 23, 2022 to January 9, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

Application denied without prejudice.  It is unclear from this letter whether the parties have agreed upon terms to settle this case and are asking for a stay to finalize the implementation of that settlement, or if, instead, the parties have not yet agreed upon the terms of a settlement and wish to adjourn the deadlines in the case to permit them to discuss the prospect of settlement.  The Court does not construe the phrase used here--"finalize their efforts to bring about the voluntary dismissal of all claims . . . ," which focuses on ongoing "efforts"--to be the equivalent of "finalize their settlement."  While a representation that a stay or conditional dismissal of this case would permit the parties to finalize a settlement would likely be a sufficient basis for the Court to stay or conditionally discontinue this case, the Court does not expect that on its own a request for time to discuss settlement would be.  Any renewed application should provide additional information to permit the Court to evaluate the basis for the request.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 19.

SO ORDERED.
Date: November 23, 2022

GREGORY H. WOODS
United States District Judge

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms